UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KULDIP BASRAI ,

                    Plaintiff,

          v.

PENNSYLVANIA LIFE INSURANCE
COMPANY, CONSTITUTION LIFE
INSURANCE COMPANY,
PENNSYLVANIA LIFE INSURANCE
COMPANY SALES AGENT 143391, and
DOES 1 to 100,

                    Defendants.

Case No. 2:19-cv-02194-WBS-EFB

**ORDER PERMITTING WITHDRWAL OF
MOTION FOR REMAND**

 

     **IT IS HEREBY ORDERED**, pursuant to the parties' Stipulation, and good cause

appearing therefor, that the Motion for Remand set to be heard January 13, 2020 is hereby

withdrawn from the calendar.   The January 13, 2020 hearing date is VACATED.

     Dated:  January 7, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE