DAVID ALLEN (SBN 87193)
David Allen & Associates
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone: 916-455-5800
Facsimile: 916-451-5687

Attorneys for Plaintiff,
KULDIP BASRAI

FRANCIS TORRENCE (SBN 154653)
Francis.Torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.433.0990 (Main)
415.434.1370 (Fax)

Attorneys for Defendant
CONSTITUTIONAL LIFE INSURANCE COMPANY
and as Successor for PENNSYLVANIA LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP BASRAI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONSTITUTIONAL LIFE INSURANCE COMPANY, PENNSYLVANIA LIFE INSURANCE COMPANY ET AL.<br><br>　　　　Defendants. | Case No. 2:19-CV02194-WBS-EFB<br><br>(Honorable WILLIAM B. SHUBB)<br><br>**STIPULATION AND ORDER TO RESET STATUS CONFERENCE TO JUNE 8, 2020**<br><br>Complaint Filed: March 19, 2019 |

Plaintiff KULDIP BASRAI ("Plaintiff"), and Defendant CONSTITUTIONAL LIFE INSURANCE COMPANY individually and as successor for PENNSYLVANIA LIFE INSURANCE ("Insurance") (jointly "Parties") submit this Stipulation and [Proposed] Order to Reschedule the Status Conference presently scheduled for March 30, 2020, for the following reasons.

The Parties have conducted their Rule 26 discussions, but have not completed their Joint report, and are awaiting for Defense counsel to complete Defendant's sections of the Report. Per the Court's proposal, the Parties therefore request that the Court Reschedule the Status Conference presently scheduled for March 30, 2020 for June 8, 2020, at 1:30 pm. The Parties will file their Joint Statement by April 4, 2020.

IT IS SO STIPULATED.

Dated: March 24 2020                         DAVID ALLEN & ASSOCIATES

<u>/s/ David Allen</u>
By David Allen
 Attorneys for Plaintiff
KULDIP BASRAI

Dated: March 24, 2020                      WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

By <u>/s/ Francis Torrence</u>
Francis Torrence
 Attorneys for Defendant
CONSTITUTIONAL LIFE INSURANCE
COMPANY individually and as successor
for PENNSYLVANIA LIFE INSURANCE

## **ORDER**

Pursuant to the foregoing stipulation among the parties,

IT IS HEREBY ORDERED that the Status Conference presently scheduled for March 30, 2020 is rescheduled to June 8, 2020 at 1:30 p.m. A joint status report shall be filed no later than May 26, 2020.

Dated: March 24, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE