DAN L. RAINSBURY, (SBN 210193)
Email: drainsbury@rainsburylaw.com
RAINSBURY LAW GROUP
1024 Iron Point Rd.
Folsom, CA  95630
Phone:  (916) 357-6537
Fax:  (916) 771-3681
Attorney for Plaintiff
Kuldip Basrai

FRANCIS TORRENCE (SBN154653)
Francis.Torrence@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone (415) 433-0990
Facsimile (415) 434-1370

Attorneys for Defendant
CONSTITUTION LIFE INSURANCE COMPANY,
and as Successor for PENNSYLVANIA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP BASRAI<br><br>      Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA LIFE INSURANCE COMPANY, CONSTITUTION LIFE INSURANCE COMPANY, PENNSYLVANIA LIFE INSURANCE COMPANY SALES AGENT 143391, AND DOES 1 TO 100<br><br>      Defendant. | Case No. 2:19-CV02194-WBS-EFB<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND TRIAL DATE, AND ORDER** |

  Plaintiff, KULDIP BASRAI, and Defendant CONSTITUTION LIFE INSURANCE COMPANY (collectively referred to as the "Parties"), through their counsel of record, hereby stipulate and request that the Court continue certain pretrial deadlines as well as the current trial date.  The Parties believe that good cause exists to grant the Stipulation as set forth below and in the accompanying

1
JOINT STIPULATION AND ORDER

2511114v.1

Declaration of Francis Torrence ("Torrence Decl."), filed simultaneously herewith.

The Parties specifically propose the following modifications to the Status (Pretrial Scheduling) Order, Dkt. #20, issued by this Court on June 16, 2020. The modifications are mostly short continuances of approximately three months, as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Reports | February 1, 2021 | May 3, 2021 |
| Rebuttal Expert Reports | March 1, 2021 | June 1, 2021 |
| Close of All Discovery | April 1, 2021 | July 1, 2021 |
| LD to File Motion | May 21, 2021 | August 20, 2021 |
| Pretrial Conference | July 19, 2021 1:30 pm. | October 18, 2021 1:30 pm |
| Jury Trial[1] | September 21, 2021 9:00 am. | December 14, 2021 9:00 am. |

The Parties believe that good cause exists to continue the current pretrial deadlines and the current trial date so that they can have the time to schedule and participate in a private mediation or other form of settlement negotiations in advance of incurring additional significant litigation expenses related to expert disclosures, depositions and trial preparation. Without the requested continuances, the parties will be forced to now focus on complying with the expert disclosures and discovery deadlines as set forth in the pretrial Order. Compliance with those deadlines will add significant cost to the litigation and could be a serious detriment to efforts to settle the case at a mediation.

This option of a mediation came to light because during the preceding months, counsel have discussed the case and in doing so, have clarified some of the key factual and legal issues in the case. It is now their considered opinion that clarification of those issues might make a mediation productive, following some limited and focused further discovery.

---

[1] The Parties note that the Pretrial and Trial dates are directly controlled by the Court's calendar and request the Court to set these at the next available date if the proposed dates are not acceptable for any reason.

2
JOINT STIPULATION AND ORDER

2511114v.1

      Additionally, the ability of the parties to pursue this litigation has been somewhat hampered, as it has for presumably everyone, by the effects and restrictions of the Covid-19 pandemic. The long term and ongoing restrictions of the pandemic were not anticipated when the Court first issued its Status Order in June 2020. Notwithstanding that effect of the pandemic, the parties have been engaged in discovery to date, including compliance with their respective Initial Disclosures and some written discovery.

      Also, defense counsel has been particularly impaired by the indirect results of the pandemic. These restrictions have significantly impacted counsel's ability to be actively involved in the case's litigation since November (Torrence Decl., ¶¶ 7-10.) Specifically, defense counsel and his wife have an eleven month old infant in their home. Both defense counsel and his wife have been working from home (as have so many others). As the result of a positive Covid test result in their household, they "lost" their child care at the end of November, and as a result had to take on that responsibility directly since that time. This continued to present.

      (Defense counsel's wife is an essential worker in Alameda County, and therefore, the need for her to be able to perform her obligations took practical priority over defense counsel's obligations and need to provide childcare during the working day.)

      THEREFORE, the Parties hereby stipulate, request, and agree, subject to the approval of the Court, that the trial date and the identified pretrial deadlines be modified as set forth above. Obviously, the Parties are willing and available to discuss this request with the Court if it so desires or if the Court seeks additional information from the Parties.

Dated: January 8, 2021                                   RAINSBURY LAW GROUP

                                                                       By: *Daniel L. Rainsbury*

|     |     |
| --- | --- |
| 1   | Daniel L. Rainsbury, Esq. |
| 2   | Attorneys for Plaintiff |
|     | KULDIP BASRAI |

Dated:  January 8, 2021                                      WILSON, ELSER, MOSKOWITZ,
                                                                                  EDELMAN & DICKER LLP

By: _*Francis Torrence*_____
     FRANCIS TORRENCE
     CONSTITUTION LIFE INSURANCE
     COMPANY, and as Successor for
     PENNSYLVANIA LIFE
     INSURANCE COMPANY

   The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                                                              WILSON, ELSER, MOSKOWITZ,
                                                                              EDELMAN & DICKER LLP

By: _*Francis Torrence*_____
     FRANCIS TORRENCE
     CONSTITUTION LIFE INSURANCE
     COMPANY, and as Successor for
     PENNSYLVANIA LIFE
     INSURANCE COMPANY

**ORDER**

Having reviewed the Parties' Joint Stipulation and the supporting Declaration of Francis Torrence, and after consideration of the matter, the Court finds as follows:

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

That the Parties' request to modify the Status Order is **GRANTED**.

The new dates and times are set forth in the chart below.

| Event | Current Date | New Date |
|---|---|---|
| Expert Reports | February 1, 2021 | May 3, 2021 |
| Rebuttal Expert Reports | March 1, 2021 | June 1, 2021 |
| Close of All Discovery | April 1, 2021 | July 1, 2021 |
| LD to File Motion | May 21, 2021 | August 20, 2021 |
| Pretrial Conference | July 19, 2021 1:30 pm. | **October 25, 2021 1:30 pm** |
| Jury Trial | September 21, 2021 9:00 am. | **December 14, 2021 9:00 am.** |

**IT IS SO ORDERED.**

Dated:  January 11, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE