COLLEEN T. FLAHERTY (SBN 327563)
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza. Suite 340,
Oakland, CA 94612
Telephone: (510) 628-2145
Facsimile: (510) 628-2146
Email: colleen.flaherty@mhllp.com

ANDREW R. KASNER, Texas State Bar No. 24078770**
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
(713) 337-5580 (telephone)
(713) 337-8850 (facsimile)
Email: andrew.kasner@mhllp.com

*Admitted *Pro hac vice*

Attorneys for Defendant
CONSTITUTION LIFE INSURANCE
COMPANY and PENNSYLVANIA LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP BASRAI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CONSTITUTION LIFE INSURANCE COMPANY, ET AL.,<br><br>　　　Defendants. | Case No. 2:19−CV−02194−WBS−EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND TRIAL DATE**<br><br>Complaint Filed: September 19, 2019<br>Trial Date: December 14, 2021 |

# ORDER

Having reviewed the Parties Joint Stipulation and the supporting Declaration of Andrew R. Kasner, and after consideration of the matter, the Court finds as follows:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

That the Parties request to Modify the Status (Pretrial Scheduling) Order is **GRANTED**. The new dates and times are set forth in the chart below.

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert Reports | May 3, 2021 | August 2, 2021 |
| Expert Rebuttal Reports | June 1, 2021 | August 30, 2021 |
| Close of All Discovery | July 1, 2021 | September 29, 2021 |
| Last Day to File Motions | August 20, 2021 | November 18, 2021 |
| Pretrial Conference | October 25, 2021 | January 31, 2022 |
| Jury Trial | December 14, 2021 | March 15, 2022 |

**IT IS SO ORDERED.**

Dated:  April 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE