**DAVID ALLEN, ESQ. (SBN 87193)**
David Allen & Associates
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone:   916-455-5800
Facsimile:   916-451-5687

**DAN L. RAINSBURY, ESQ. (SBN 210193)**
Rainsbury Law Group
1024 Iron Point Rd.
Folsom, CA 95630
Telephone: (916) 357-6537
Facsimile: (916) 771-3681

Attorneys for Plaintiff,
KULDIP BASRAI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP BASRAI, | Case No. 2:19-cv02194-WBS-JDP |
| Plaintiff, | **AMENDED STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL** |
| v. | |
| CONSTITUTION LIFE INSURANCE COMPANY, et al., | Judge: Hon. William B. Shubb |
| Defendants. | |

Plaintiff, Kuldip Basrai and Defendants Constitution Life Insurance Company and Pennsylvania Life Insurance Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this entire action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This includes dismissal of Defendants PENNSYLVANIA LIFE INSURANCE COMPANY, CONSTITUTION LIFE INSURANCE COMPANY, PENNSYLVANIA LIFE INSURANCE COMPANY SALES AGENT 143391, and DOES 1 TO 100.

1

CASE NO. 2:19-CV-02194-WBS-JDP

**AMENDED STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL**

| | | |
|---|---|---|
| Dated: September 21, 2021 | | RAINSBURY LAW GROUP |

By:  /s/ Dan Rainsbury
**DAN L. RAINSBURY, ESQ.**
Attorneys for Plaintiff
KULDIP BASRAI

Dated: September 21, 2021    MCDOWELL HETHERINGTON LLP

By:  /s/ Andrew Kasner  (as authorized on 9/20/21)
**ANDREW R. KASNER, ESQ.**
Attorneys for Defendants
CONSTITUTION LIFE INSURANCE
COMPANY and PENNSYLVANIA LIFE
INSURANCE COMPANY

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  September 23, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE